IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAIRE'S ESSENTIALS, LLC , <br>         Plaintiff(s) <br> v. <br> COOPER LAWSON WRIGHT , <br>         Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No.: 1:25-cv-1395 (AMN/TWD) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)  CLAIRE'S ESSENTIALS, LLC  and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s)  COOPER LAWSON WRIGHT .

Date:   October 31, 2025

*[signature]*
Signature of plaintiffs or plaintiff's counsel

20 Corporate Woods Blvd., Ste. 501
Address

Albany, New York 12211
City, State & Zip Code

518-449-3900
Telephone Number