AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of New York__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-1395 | DATE FILED<br>10/7/2025 | U.S. DISTRICT COURT<br>Northern District of New York |
|---|---|---|
| PLAINTIFF<br>Claire's Essentials, LLC | | DEFENDANT<br>Cooper Lawson Wright |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,890,335 | 4/18/1995 | Claire's Essentials, LLC |
| 2 | 1,891,172 | 4/25/1995 | Claire's Essentials, LLC |
| 3 | 1,925,359 | 10/10/1995 | Claire's Essentials, LLC |
| 4 | 1,929,317 | 10/24/1995 | Claire's Essentials, LLC |
| 5 | 2,399,701 | 10/31/2000 | Claire's Essentials, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Plaintiff filed a Notice of Voluntary Dismissal on 10/31/2025; case was closed pursuant to voluntary dismissal on 11/4/2025. |

| CLERK<br>*John Domurad*, Clerk of Court | (BY) DEPUTY CLERK<br>*Maria Blunt* | DATE<br>11/4/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

[Print]    [Save As...]    [Reset]